IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| v. | § | CRIMINAL CASE NO. 3:15-CR-0492-N |
| | § | |
| JOHN R. FARRAR, | § | |

ORDER ACCEPTING THE REPORT AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE
CONCERNING PLEA OF *NOLO CONTENDERE*

After reviewing all relevant matters of record, including the Notice Regarding Entry of a Plea of Guilty, the Consent of Defendant, and the Report and Recommendation of the United States Magistrate Judge Concerning Plea of *Nolo Contendere*, and no objections thereto having been filed within fourteen days of service in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Report and Recommendation of the United States Magistrate Judge Concerning Plea of *Nolo Contendere* is correct, and it is hereby accepted by the Court.

Accordingly, the Court consents to Defendant's April 12, 2016, entry of a no contest (*nolo contendere*) plea and accepts the plea. Defendant is hereby adjudged guilty of Possession of Obscene Visual Representations of the Sexual Abuse of Children, in violation of 18 U.S.C. § 1466A(b)(1) and (d)(5), as alleged in the sole count of the Indictment. Sentence will be imposed in accordance with the Court's scheduling order.

Defendant is ordered to remain in custody.

SIGNED this 9th day of April, 2016.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE